# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY MARBURY-EL,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.17-00219-WS-B |
| **T.KEMP,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's complaint be **dismissed without prejudice** for failure to comply with the Court's order.

**DONE** this 16th day of August, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**