IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY MARBURY-EL,            *
                               *
    Plaintiff,                 *
                               *
vs.                            *   CIVIL ACTION NO.17-00219-WS-B
                               *
T. KEMP, *et al.*,             *
                               *
    Defendants.                *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice** for failure to obey the Court's order.

**DONE** this 16th of August, 2017.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE